# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 3/29/2012

Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Christopher Gary Bowens | ) | Case No: 5:04-CR-443-1BO |
| | ) | |
| | ) | USM No: 24890-056 |
| Date of Original Judgment: 08/25/2005 | ) | |
| Date of Previous Amended Judgment: 12/17/2008 | ) | Thomas P. McNamara |
| (Use Date of Last Amended Judgment if Any) | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 57 months      months **is reduced to** 30 months on Count 1

The above-referenced sentence consists of a term of 57 months on Count 1 and a term of 60 months on Count 2, to be served consecutively, producing a total term of 117 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated December 17, 2008 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3-29-12

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011