# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Christopher Gary Bowens**                    Docket No. 5:04-CR-443-1BO

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Gary Bowens, who, upon an earlier plea of guilty to Possession With the Intent to Distribute Cocaine and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and Possession of a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 25, 2005, to the custody of the Bureau of Prisons for a term of 131 months. On December 17, 2008, pursuant to 18 U.S.C. § 3582(c)(2), the term was reduced to 117 months. On March 29, 2012, a second reduction was granted pursuant to 18 U.S.C. § 3582(c) and the sentence was further reduced to 90 months. It was also ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Christopher Gary Bowens was released from custody on April 2, 2012, at which time the term of supervised release commenced. On May 24, 2012, Bowens submitted a urine sample which was positive for cocaine. He denied using any illegal substances; however, the specimen was confirmed positive through a lab certification test. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Christopher Gary Bowens
Docket No. 5:04-CR-443-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the
                                          foregoing is true and correct.

/s/Jeffrey L. Keller                      /s/ Julie Wise Rosa
Jeffrey L. Keller                         Julie Wise Rosa
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8660
                                          Executed On: June 15, 2012

ORDER OF COURT

Considered and ordered this 17 day of June, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge